UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



GENERAL CASUALTY COMPANY OF
WISCONSIN, a Wisconsin corporation,

        Plaintiff-counter-defendant -
Appellee,

  v.

REED HEIN & ASSOCIATES, LLC, a
Washington limited liability company doing
business as Timeshare Exit Team; et al.,

        Defendants,

  v.

BRIAN ADOLPH and KERRI ADOLPH,

        Defendant-third-party-
plaintiffs - Appellees,

  v.

RSUI GROUP, INC. and RSUI
INDEMNITY COMPANY, INC.,

        Third-party-defendants -
Appellants.

No. 26-1307

D.C. No.
2:23-cv-00725-TMC
Western District of Washington,
Seattle

ORDER

A district court's order is not appealable under 28 U.S.C. § 1291 "unless it

disposes of all claims as to all parties or unless judgment is entered in compliance

with Federal Rule of Civil Procedure 54(b)." *Romoland Sch. Dist. v. Inland Empire*

*Energy Ctr., LLC*, 548 F.3d 738, 747 (9th Cir. 2008) (citing *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981)); *see also* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b). Additionally, a district court's order is not appealable under 28 U.S.C. § 1292(b) unless "the district court [] expressly find[s] in writing that all three § 1292(b) requirements are met." *Couch v. Telescope Inc.*, 611 F.3d 629, 633 (9th Cir. 2010); *see also* 28 U.S.C. § 1292(b); *ICTSI Or., Inc. v. Int'l Longshore & Warehouse Union*, 22 F.4th 1125, 1130-31 (9th Cir. 2022) (discussing the jurisdictional requirements for an appeal under § 1292(b)). This court may therefore lack jurisdiction over this appeal.

Within 21 days, appellants must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellants do not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1.

If appellants file a statement, appellees may file a response within 10 days. Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2                                                                 26-1307